■ JOEL CUEVAS, Respondent, v AVNET MACHINERY, a Division of AVNET, INC., et al., Respondents, and BOY MACHINES, Appellant. BOARD OF HIGHER EDUCATION IN THE CITY OF NEW YORK, Third-Party Plaintiff-Respondent, v AVNET MACHINERY et al., Third-Party Defendants-Respondents, and BOY MACHINES, Third-Party Defendant-Appellant. AVNET MACHINERY, a Division of AVNET, INC., et al., Second Third-Party Plaintiffs-Respondents, v BOY KG et al., Second Third-Party Defendants-Respondents. — Order, Supreme Court, Bronx County (Joseph DiFede, J.), entered on July 31, 1984, unanimously affirmed, without costs and without disbursements and without prejudice to renewal after completion of all discovery. No opinion. Concur — Murphy, P. J., Kupferman, Fein and Milonas, JJ.

■ LOUIS GANCI, Respondent, v CHARLES EDLIN et al., Defendants, and MARGED REALTY CO., INC., Appellant. — Order, Supreme Court, New York County (Robert White, J.), entered on July 13, 1984, unanimously affirmed, without costs and without disbursements. (See *Shine v Duncan Petroleum Transp.*, 60 NY2d 22.) No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD JONES, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on September 14, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Carro and Alexander, JJ.